AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SMITH, LISA M. | U.S. DISTRICT COURT, SDNY | 06/13/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE FULL TIME | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | On behalf of minor child #1's Stifel Nicolaus Investment Account |
| 2. | Custodian | On behalf of minor child #2's Stifel Nicolaus Investment Account |
| 3. | Custodian | On behalf of minor child #2's New York's College Savings Program |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Pace University School of Law - Teaching | $12,235.04 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Wages from Ridgefield Hardware Co., Ridgefield, CT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Cash accounts | | None | J | T | | | | | |
| 2. TD Bank | | None | K | T | Open | 10/02/17 | J | | |
| 3. Fidelity NY Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 4. Fidelity IRA (Puritan Fund) | A | Dividend | K | T | | | | | |
| 5. Fidelity IRA (Fidelity Fund) | A | Dividend | J | T | | | | | |
| 6. Fidelity IRA (Cash Reserves) | A | Dividend | J | T | | | | | |
| 7. Webster Bank, Wilton CT -- Checking Account | | None | K | T | | | | | |
| 8. Fidelity Growth and Income Fund | A | Dividend | J | T | | | | | |
| 9. Fidelity Dividend Growth Fund | A | Dividend | K | T | | | | | |
| 10. HSBC IRA (T. Rowe Price Dividend Growth Fund) | A | Dividend | K | T | | | | | |
| 11. HSBC, White Plains, NY | | None | J | T | | | | | |
| 12. Cisco Systems Common Stock | A | Dividend | J | T | | | | | |
| 13. Century Link Communications Common Stock | A | Dividend | J | T | | | | | |
| 14. Walt Disney Common Stock | A | Dividend | J | T | | | | | |
| 15. Municipal Assistance Corp. For City of Troy, N.Y. Bonds | | None | | | Matured | 01/17/17 | K | | |
| 16. Long Island Power Auth. Bonds | | None | J | T | | | | | |
| 17. Stifel Nicolaus IRA money market | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stifel Nicolaus investment account money market | A | Interest | J | T | | | | | |
| 19. Stifel Nicolaus Custodial Acc't for minor child #1 (cash account) | A | Interest | K | T | | | | | |
| 20. Stifel Nicolaus Custodial Acc't for minor child #2 (cash account) | A | Interest | J | T | | | | | |
| 21. General Electric common stock | A | Dividend | J | T | | | | | |
| 22. Citigroup common stock | A | Dividend | J | T | | | | | |
| 23. Pfizer common stock | A | Dividend | | | Sold | 11/14/17 | J | | |
| 24. Fidelity Unique Coll. Inv. Plan 2018 | | None | | | Sold | 07/11/17 | J | B | |
| 25. NY College Savgs Prgrm A/C Mod Age Based Option:Mod Growth | | None | | | Sold | 07/11/17 | J | B | |
| 26. Capital One Financial Corp Common Stock | A | Dividend | J | T | | | | | |
| 27. Freeport McMoran Copper & Gold, Inc. Common Stock | | None | J | T | | | | | |
| 28. Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Buy (add'l) | 01/20/17 | J | | Stifel Inv't a/c |
| 29. Invesco Intermediate Term Muni Income Fund Class Y | A | Dividend | K | T | Sold (part) | 07/21/17 | J | A | Stifel Inv't a/c |
| 30. Artisan Funds Mid Cap Value -- Investor Class | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | Stifel Inv't a/c |
| 31. Artisan Funds Mid Cap Value-- Advisor Class | A | Dividend | J | T | Sold (part) | 07/21/17 | J | A | Stifel Inv't a/c |
| 32. Blackrock Equity Dividend Fund | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | Stifel Inv't a/c |
| 33. Blackrock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 07/21/17 | J | | Stifel Inv't a/c |
| 34. Columbia Contrarian Core | A | Dividend | J | T | Buy (add'l) | 10/20/17 | J | | Stifel Inv't a/c |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia Contrarian Core | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | Stifel Inv't a/c |
| 36. American Beacon International Equity | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | Stifel Inv't a/c |
| 37. Fidelity Advisor New Insights Instl Cl | | None | J | T | Sold (part) | 01/20/17 | J | A | Stifel Inv't a/c |
| 38. Fidelity Advisor New Insights Instl Cl | | None | J | T | Buy (add'l) | 07/21/17 | J | | Stifel Inv't a/c |
| 39. Janus Henderson International Oppty | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | Stifel Inv't a/c |
| 40. Janus Henderson International Oppty | A | Dividend | J | T | Sold (part) | 07/14/17 | J | A | Stifel Inv't a/c |
| 41. Nationwide Geneva Mid Cap Gr Instl Svc Class | | None | J | T | Buy (add'l) | 01/20/17 | J | | Stifel Inv't a/c |
| 42. MFS Intl Growth | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | Stifel Inv't a/c |
| 43. MFS Intl Growth | A | Dividend | J | T | Sold (part) | 07/14/17 | J | A | Stifel Inv't a/c |
| 44. Oppenheimer Developing Markets Cl Y | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | Stifel Inv't a/c |
| 45. Oppenheimer Developing Markets Cl Y | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | Stifel Inv't a/c |
| 46. Oppenheimer Developing Markets Cl Y | A | Dividend | J | T | Buy (add'l) | 10/20/17 | J | | Stifel Inv't a/c |
| 47. Oak Ridge Small Cap Growth Fund | | None | | | Sold | 01/20/17 | J | A | Stifel Inv't a/c |
| 48. Pimco High Yield | A | Dividend | | | Buy (add'l) | 01/20/17 | J | | Stifel Inv't a/c |
| 49. Pimco High Yield | A | Dividend | | | Sold | 10/20/17 | J | A | Stifel Inv't a/c |
| 50. Wells Fargo Small Cap Value | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | Stifel Inv't a/c |
| 51. Wells Fargo Small Cap Value | A | Dividend | J | T | Sold (part) | 07/21/17 | J | A | Stifel Inv't a/c |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Meridian Small Cap Growth | | None | J | T | Buy | 01/20/17 | J | | Stifel Inv't a/c |
| 53. Meridian Small Cap Growth | | None | J | T | Sold (part) | 07/21/17 | J | A | Stifel Inv't a/c |
| 54. Thornburg Ltd Term Muni | A | Dividend | J | T | Buy | 07/21/17 | J | | Stifel Inv't a/c |
| 55. American Beacon International Equity | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | Part of Stifel IRA |
| 56. American Beacon International Equity | A | Dividend | J | T | Sold (part) | 10/20/17 | J | A | Part of Stifel IRA |
| 57. Artisan Funds Mid Cap Value -- Advisor Class | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | Part of Stifel IRA |
| 58. Artisan Funds Mid Cap Value -- Investor Class | A | Dividend | J | T | Buy (add'l) | 10/20/17 | J | | Part of Stifel IRA |
| 59. Blackrock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | Part of Stifel IRA |
| 60. Blackrock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 07/21/17 | J | A | Part of Stifel IRA |
| 61. Blackrock Equity Dividend Fund | A | Dividend | J | T | Sold (part) | 10/20/17 | J | A | Part of Stifel IRA |
| 62. Columbia Contrarian Core Fund Class Z | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | Part of Stifel IRA |
| 63. Columbia Contrarian Core Fund Class Z | A | Dividend | J | T | Buy (add'l) | 10/20/17 | J | | Part of Stifel IRA |
| 64. Fidelity Advisor New Insight Mutual Fund Institutional Class | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | Part of Stifel IRA |
| 65. Fidelity Advisor New Insight Mutual Fund Institutional Class | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | Part of Stifel IRA |
| 66. Fidelity Advisor New Insight Mutual Fund Institutional Class | A | Dividend | J | T | Sold (part) | 10/20/17 | J | A | Part of Stifel IRA |
| 67. Oppenheimer Developing Markets Class Y | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | Part of Stifel IRA |
| 68. Oppenheimer Developing Markets Class Y | A | Dividend | J | T | Buy (add'l) | 07/21/17 | J | | Part of Stifel IRA |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oppenheimer Developing Markets Class Y | A | Dividend | J | T | Buy (add'l) | 10/20/17 | J | | Part of Stifel IRA |
| 70. Harbor Fund Bond Fund | A | Dividend | J | T | Sold (part) | 10/20/17 | J | | Part of Stifel IRA |
| 71. Janus Henderson International Oppty | A | Dividend | J | T | Sold (part) | 01/20/17 | J | | Part of Stifel IRA |
| 72. Janus Henderson International Oppty | A | Dividend | J | T | Buy | 07/21/17 | J | | Part of Stifel IRA |
| 73. Janus Henderson International Oppty | A | Dividend | J | T | Buy | 10/20/17 | J | | Part of Stifel IRA |
| 74. Meridian Sm Cap Gr Investor Class | A | Distribution | J | T | Buy | 01/20/17 | J | | Part of Stifel IRA |
| 75. Nationwide Mutual New Geneva Mid Cap Growth Instl Svc Class | A | Distribution | J | T | Buy | 01/20/17 | J | | Part of Stifel IRA |
| 76. Nationwide Mutual New Geneva Mid Cap Growth Instl Svc Class | A | Distribution | J | T | Sold (part) | 10/20/17 | J | A | Part of Stifel IRA |
| 77. MFS Intl Growth Fd Cl I | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | Part of Stifel IRA |
| 78. MFS Intl Growth Fd Cl I | A | Dividend | J | T | Sold (part) | 10/20/17 | J | A | Part of Stifel IRA |
| 79. Pimco Fds Hi Yld Cl P | A | Dividend | | | Buy | 01/20/17 | J | | Part of Stifel IRA |
| 80. Pimco Fds Hi Yld Cl P | A | Dividend | | | Sold | 10/20/17 | J | A | Part of Stifel IRA |
| 81. Oak Ridge Small Cap Growth Fund Class Y | | None | | | Sold | 01/20/17 | J | | Part of Stifel IRA |
| 82. Wells Fargo Govt Securities Admin Class | A | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | Part of Stifel IRA |
| 83. Wells Fargo Govt Securities Admin Class | A | Dividend | J | T | Buy (add'l) | 10/20/17 | J | | Part of Stifel IRA |
| 84. Wells Fargo Special Small Cap Value | A | Dividend | J | T | Sold (part) | 01/20/17 | J | A | Part of Stifel IRA |
| 85. Wells Fargo Special Small Cap Value | A | Dividend | J | T | Sold (part) | 07/21/17 | J | A | Part of Stifel IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wells Fargo Special Small Cap Value | A | Dividend | J | T | Sold (part) | 10/20/17 | J | A | Part of Stifel IRA |
| 87. Inherited IRA | | | | | | | | | Stifel Inherited IRA |
| 88. -- Stifel Insured Bank Program | A | Interest | J | T | | | | | Stifel Inherited IRA |
| 89. -- Verizon (VZ) | A | Dividend | J | T | Buy (add'l) | 11/15/17 | J | | Stifel Inherited IRA |
| 90. -- Franklin Income Fund, Class C (FCISX) | A | Dividend | | | Sold | 11/14/17 | J | A | Stifel Inherited IRA |
| 91. -- John Hancock Income Fund, Cl A (JHFIX) | A | Dividend | | | Sold | 01/11/17 | J | | Stifel Inherited IRA |
| 92. -- Ishares S&P Mid Cap 400 Growth ETF (IJK) | A | Dividend | J | T | Buy | 01/12/17 | J | | Stifel Inherited IRA |
| 93. -- Ishares S&P Small CAp 600 Growth ETF (IJT) | A | Dividend | J | T | Buy | 01/12/17 | J | | Stifel Inherited IRA |
| 94. Stifel Individual Brokerage Acct | | | | | | | | | Stifel Individual Account |
| 95. -- Stifel Insured Bank Program | A | Interest | J | T | | | | | Stifel Individual Account |
| 96. -- Franklin NY Tax Free Income, Cl A (FNYTX) | A | Dividend | K | T | Sold (part) | 01/11/17 | K | | Stifel Individual Account |
| 97. -- Franklin NY Tax Free Income, Cl A (FNYTX) | A | Dividend | K | T | Sold (part) | 11/14/17 | K | | Stifel Individual Account |
| 98. -- Lord Abbett Value Opptys Fund, Class C | A | Distribution | K | T | Buy | 01/12/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, LISA M. | 06/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Rows 39-40, 71-73: Henderson International Oppty Class I became Janus Henderson International Class I and exising Henderson shares were exchanged for new Janus Henderson shares.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LISA M. SMITH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544